37 A.3d 1138

IN THE MATTER OF JEFFREY R. GROW, AN ATTORNEY
AT LAW (ATTORNEY NO. 013611975).

March 12, 2012.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 11–199, concluding that a letter of admonition should be issued to **JEFFREY R. GROW** of **ROCKAWAY**, who was admitted to the bar of this State in 1975, for violation of *RPC* 1.5(b) (failure to set forth in writing the rate or basis of the legal fee) and *RPC* 3.4(g)(threatening to present criminal charges to obtain an improper advantage in a civil matter), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.